

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00283-CR

SHANNON CHARLES SCOTT, Appellant

V.

THE STATE OF TEXAS

§ On Appeal from the 415th District Court

§ of Parker County (CR17-0757)

§ December 12, 2019

§ Opinion by Justice Gabriel

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the trial court's July 25, 2019 "Order Determining Appointment of Counsel" to delete the finding that Appellant has financial resources and/or an ability to pay all or part of the costs of the legal services and related expenses of his appointed appellate counsel and delete the portion of that order requiring Appellant to contribute to the cost of the legal services and related expenses of his appointed appellate counsel. We also modify the trial court's judgment, order to withdraw funds, and bill of costs to delete the $25 time

payment fee, resulting in $509 in court costs. We affirm the trial court's judgment as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel